FOIA Summons (12/11) (Page 2)

Civil Action No. 1:22-cv-01542

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____see note below_____

was received by me on *(date)* __2/28/2022__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I mailed a copy of the complaint and the summonses for all defendants by USPS certified mail to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York on 2/28/2022. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the complaint and summonses were successfully delivered on 3/2/2022.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/9/2022__

*Server's signature*

Helen Zhong, Paralegal

*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115

*Server's address*

Additional information regarding attempted service, etc:



**Tracking Number:** 70201810000047660525

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:41 pm on March 2, 2022 in NEW YORK, NY 10007.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

March 2, 2022 at 12:41 pm
NEW YORK, NY 10007

**Get Updates** ⌄

See More ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**