

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 31, 2023

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    *Knight Institute v. Central Intelligence Agency, et al.*, 22 Civ. 1542 (CM)

Dear Judge McMahon:

    This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. As required by the Court's June 1, 2023 order, ECF No. 48, we write to provide a status report on the agencies or components that have been engaged in search or processing since the last status report.

    **DOJ Criminal Division.** CRM continues to process the remaining responsive, non-duplicative pages (approximately 1,500 pages) for any applicable exemptions. A number of these pages will require consultation with other DOJ components, as well as other Executive Branch agencies. CRM intends to make interim responses for any responsive, non-exempt pages that have undergone the consultation review process on a rolling basis, as consultations are completed. CRM will provide an interim response by September 1, 2023. However, the specific timeline for final processing of all records will depend on the speed with which any consulting agencies or components complete their review. CRM will produce directly to plaintiff the non-exempt portions of any responsive documents that do not require the Criminal Division to consult with other DOJ components and/or Executive Branch agencies by September 1, 2023.

    **DOJ's Office of Information Policy.** Since the last update, OIP has conferred with plaintiff as to its ongoing review of the material located in its third supplemental search. As it advised plaintiff, OIP anticipates completing its initial responsiveness review and deduplication process, processing the material it initially determines to be responsive, and sending that material for consultation to Executive Branch equity holders by August 15, 2023. Thereafter, OIP will provide its final response once the consultation process is complete.

    **Proposal.** The parties propose that we provide the Court with a further status report by October 2, 2023.

Honorable Colleen McMahon  Page 2
July 31, 2023

We thank the Court for its attention to this matter.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

        By: /s/ Peter Aronoff
        PETER ARONOFF
        Assistant United States Attorney
        Telephone: (212) 637-2697
        Facsimile: (212) 637-2717
        E-mail: peter.aronoff@usdoj.gov

        *Counsel for defendants*

cc: counsel for Plaintiffs (via ECF)