IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF THE ARMY, DEPARTMENT OF JUSTICE, NATIONAL SECURITY AGENCY, and OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendants. | Civil Action No. 1:22-cv-01542 |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 1.4, the undersigned counsel, Evan Welber Falcón, respectfully moves to withdraw as counsel for Plaintiff in this matter, as September 4, 2023 will be his last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight First Amendment Institute at Columbia University will continue to represent Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

                                                                          Respectfully submitted,

                                                                        */s/ Evan Welber Falcón*
                                                                        Evan Welber Falcón
                                                                        Knight First Amendment Institute at
                                                                           Columbia University
                                                                        475 Riverside Drive, Suite 302
                                                                        New York, NY 10115
                                                                        evan.welberfalcon@knightcolumbia.org
                                                                        (646) 745-8500

Dated: September 1, 2023