IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY,

    Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF THE ARMY,
DEPARTMENT OF JUSTICE, NATIONAL
SECURITY AGENCY, and OFFICE OF THE
DIRECTOR OF NATIONAL
INTELLIGENCE,

    Defendants.

Civil Action No. 1:22-cv-01542



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2023

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 1.4, the undersigned counsel, Evan Welber Falcón, respectfully moves to withdraw as counsel for Plaintiff in this matter, as September 4, 2023 will be his last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight First Amendment Institute at Columbia University will continue to represent Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

Respectfully submitted,

/s/ Evan Welber Falcón
Evan Welber Falcón
Knight First Amendment Institute at
   Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
evan.welberfalcon@knightcolumbia.org
(646) 745-8500

Dated: September 1, 2023

*MEMO ENDORSED*

Granted. Remove Mr. Falcón from the ECF list.

9/5/2023