

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
New York, NY 10007

December 20, 2023

BY ECF
The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: *Knight Institute v. Central Intelligence Agency, et al.*, 22 Civ. 1542 (CM)

Dear Judge McMahon:

  This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. We write to request a one-month, *nunc pro tunc* extension, until January 16, 2024,[1] of the December 15, 2023, deadline for the DOJ Criminal Division (CRM) to complete processing of records from unclassified systems that require consultation with outside agencies. *See* ECF No. 56 at 1-2.

  We sincerely apologize for filing this request *nunc pro tunc*, but the AUSA assigned to this matter has been out of the Office on leave attending to a family matter, and undersigned counsel is covering his docket, including this matter, in his absence. Undersigned counsel did not become aware of the need for the extension until the deadline had been missed.

  The reason for this requested extension is that these records are still pending consultation with another DOJ Office and have not yet been returned to CRM's FOIA/PA Unit. The Government recognizes that the Court's October 10, 2023, Order, ECF No. 56 at 1, indicated that no further extension would be granted, however, this request is solely to extend an interim deadline, and will not impact the March 15, 2024, deadline for the completion of all responses to the FOIA request at issue in this litigation.

  Plaintiff has consented to this requested extension of this interim deadline until January 16, 2024.

---

[1] January 15, 2024, is Martin Luther King Day, a federal holiday.

We thank the Court for its consideration.

                                                Respectfully,

                                                DAMIAN WILLIAMS
                                                United States Attorney

By:    */s/ Dominika Tarczynska*
        DOMINIKA TARCZYNSKA
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel: (212) 637-2748
        Fax: (212) 637-2686
        dominika.tarczynska@usdoj.gov