AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Knight First Amendment Institute at Columbia University ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:22-cv-01542-CM |
| Central Intelligence Agency, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Knight First Amendment Institute at Columbia University.

Date: 09/06/2024

/s/ Xiangnong Wang
*Attorney's signature*

Xiangnong Wang, 6109292
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Address*

george.wang@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

*FAX number*