

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 11, 2025

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    *Knight First Amendment Institute v. Central Intelligence Agency, et al.*,
            22 Civ. 1542 (CM)

Dear Judge McMahon:

    This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. We write jointly with counsel for plaintiff to provide a status report, as directed by the Court's previous order, ECF No. 69.

    As we noted in previous status reports, the parties agree that the merits of this action are now resolved, and the only remaining issue is plaintiff's claim for attorneys' fees and costs. On April 30, plaintiff provided the government with a demand and supporting time records. The government has been evaluating plaintiff's demand, and earlier this week, the parties had a telephone call to discuss a specific issue related to the demand. The government is now preparing a further response. In order to provide the parties sufficient time to discuss the issues and determine whether it is possible to resolve the fee claim without further litigation, we respectfully propose filing a further status report in two months, or by September 12, 2025.

    We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                    JAY CLAYTON
                                                    United States Attorney
                                                    Southern District of New York

                                                    By: */s/ Peter Aronoff*
                                                    PETER ARONOFF
                                                    Assistant United States Attorney
                                                    Telephone: (212) 637-2697
                                                    E-mail: peter.aronoff@usdoj.gov
                                                    *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)